Case 4:24-cv-03228   Document 21   Filed on 08/28/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 28, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANA B SANDOVAL DE MALDONADO, § <br> Plaintiff, § <br> § <br> VS. § <br> § <br> MARTIN O'MALLEY, § <br> Defendant. § | <br><br><br>CIVIL ACTION NO. 4:24-CV-03228 |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On September 3, 2024, all pretrial matters in this case were referred to United States Magistrate Judge Christina A. Bryan under 28 U.S.C. § 636(b)(1). (Dkt. 6). Judge Bryan filed a *Memorandum and Recommendation* on July 23, 2025, recommending that the Plaintiff's motion for summary judgment be denied and Defendant's cross motion for summary judgment be granted. (Dkt. 20).

No objections have been filed to the *Memorandum and Recommendation*. Accordingly, the Court reviews the *Memorandum and Recommendation* for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Bryan's Memorandum and Recommendation (Dkt. 20) is **APPROVED and ADOPTED** in its entirety as the holding of the Court;

(2) Plaintiff's Motion for Summary Judgment (Dkt. 10) is **DENIED**;

(3) Defendant's Cross Motion for Summary Judgment (Dkts. 14, 15) is **GRANTED**; and

(4) the Commissioner's decision is **AFFIRMED**.

It is so **ORDERED**. This is a final judgment.

SIGNED at Houston, Texas on August 28, 2025.

                                            GEORGE C. HANKS, JR.
                                        UNITED STATES DISTRICT JUDGE